## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**VIVEK SHAH, pro se,**
    **Petitioner,**

**v.**                                                            **Case No.  18-7980**

**RICHARD HART, Director of Salvation Army Freedom Center, Pathway Forward,**
    **Respondent.**

## DECLARATION IN SUPPORT OF EMERGENCY MOTION

### DECLARATION OF VIVEK SHAH

1. I am the petitioner in this case. I'm over the age of 18 years and I'm fully competent to declare the facts contained in this declaration.

2. Today, on December 27th 2018, I contacted the Designation and Sentence Computation Center of the Federal Bureau of Prisons. I was notified that the US Department of Justice still has not sent a directive to them and was further notified that one will not be drafted for another 2 to 3 weeks.

3. I continue to be held in the custody of the BOP beyond my release date. My release date is incorrectly computed February 4, 2019, when it should be December 18, 2018. The BOP continues to hold me in violation of the laws of the United States.

    I declare under the penalty of perjury that the facts contained in this Declaration are true and correct. Executed on December 27, 2018

_/s/ Vivek Shah___
VIVEK SHAH
825 N Christiana Ave
Chicago, IL 60651