# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Vivek Shah

                        Plaintiff,

v.                                               Case No.: 1:18–cv–07990
                                               Honorable Gary Feinerman

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 28, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: On further consideration, and in light of the intervening holidays and ongoing partial government shutdown, the previously entered response deadline is stricken. The government is to be prepared to provide brief oral argument on the merits of the petitioner's emergency motion at the hearing set for 1/3/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.