```
  LEXQW  540*23  *         SENTENCE MONITORING        *    07-20-2016
  PAGE 001       *         COMPUTATION DATA           *    09:41:39
                           AS OF 07-20-2016

REGNO..: 43205-424  NAME: SHAH, VIVEK


FBI NO............: 136194HC4      DATE OF BIRTH: 07-15-1987  AGE:  29
ARS1..............: LEX/A-DES
UNIT..............: BG             QUARTERS.....: Z01-113UAD
DETAINERS.........: NO             NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 08-04-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-04-2019 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: WEST VIRGINIA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 5:12-CR-00172
JUDGE...........................: BERGER
DATE SENTENCED/PROBATION IMPOSED: 09-11-2013
DATE COMMITTED..................: 10-11-2013
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $800.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO     AMOUNT: $00.00

  REMARKS.......: 2ND DOCKET: 5:13-CR-00127

-----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 121
OFF/CHG: 18:875(B)TRANSMITTING IN INTERSTATE COMMERCE A THREAT WITH
         INTENT TO EXTORT; 18:876(B)MAILING THREATENING COMMUNICATIONS

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:      87 MONTHS
 TERM OF SUPERVISION............:       3 YEARS
 DATE OF OFFENSE................: 06-09-2012




G0002        MORE PAGES TO FOLLOW . . .
```

```
LEXQW   540*23  *           SENTENCE MONITORING              *    07-20-2016
PAGE 002 OF 002 *            COMPUTATION DATA                *    09:41:39
                              AS OF 07-20-2016

REGNO..: 43205-424 NAME: SHAH, VIVEK


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-19-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-04-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-11-2013
TOTAL TERM IN EFFECT............:   87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    7 YEARS     3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-09-2012

JAIL CREDIT.....................:   FROM DATE   THRU DATE
                                    08-10-2012  09-10-2013

TOTAL PRIOR CREDIT TIME.........: 397
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 278
TOTAL GCT EARNED................: 117
STATUTORY RELEASE DATE PROJECTED: 02-04-2019
EXPIRATION FULL TERM DATE.......: 11-09-2019
TIME SERVED.....................:    3 YEARS    11 MONTHS    11 DAYS
PERCENTAGE OF FULL TERM SERVED..:  54.4

PROJECTED SATISFACTION DATE.....: 02-04-2019
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 07-19-16 DGCT 27/FFT 45.ADJ/B




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

🔒 https://www.bop.gov/mobile/ ⬚7 ⋮

### BOP ≡ MENU

# Find an inmate

**Find By Number** | **Find By Name**

**First Name**
> Vivek

**Middle Name**
> 

**Last Name**
> Shah

**Race**
> 

**Sex**
> 

**Age**
> 

[ Search ]  Clear Form

*1 result found.*

**1** **Name**: VIVEK SHAH
  **Register Number**: 43205-424
  **Age**: 31
  **Race**: Asian
  **Sex**: Male
  **Release Date**: 02/04/2019
  **Located At:** RRM Chicago

▲ New Search

Our records contain information about federal inmates incarcerated from 1982 to the present.
About the locator & record availability ▶

Desktop Version   Contact Us   FOIA   Site Map

```
LEXQW   542*22 *              SENTENCE MONITORING            *    07-20-2016
PAGE 001 OF 001 *              GOOD TIME DATA                *    09:42:09
                             AS OF  07-20-2016

REGNO...: 43205-424    NAME: SHAH, VIVEK
ARS 1...: LEX A-DES                                PLRA
COMPUTATION NUMBER..: 010                    PRT   ACT DT:
LAST UPDATED: DATE.: 07-19-2016       FACL..: DSC     CALC: AUTOMATIC
UNIT................: BG              QUARTERS............: Z01-113UAD
DATE COMP BEGINS....: 09-11-2013      COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 397             TOTAL INOP TIME.....: 0
CURRENT REL DT......: 07-15-2019 MON  EXPIRES FULL TERM DT: 11-09-2019
PROJ SATISFACT DT...: 02-04-2019 MON  PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                 ACTUAL SATISF METHOD:
DAYS REMAINING......:                 FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                 DEPORT ORDER DATED..:

---------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

   START      STOP       MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE       DATE       DIS    FFT         DIS    FFT       AMOUNT    DATE
 08-10-2012  08-09-2013   54     54
 08-10-2013  08-09-2014   54    108
 08-10-2014  08-09-2015   54    162                 45
 08-10-2015  08-09-2016   54           27
 08-10-2016  08-09-2017   54
 08-10-2017  08-09-2018   54
 08-10-2018  02-04-2019   26

        TOTAL EARNED AMOUNT.................................:  117
        TOTAL EARNED AND PROJECTED AMOUNT...................:  278




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```